An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

|  |  |
|---|---|
| GOLDEN GATE CASINO, LLC, A NEVADA LIMITED LIABILITY COMPANY, Petitioner, vs. THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE ELIZABETH GOFF GONZALEZ, DISTRICT JUDGE, Respondents, and GRANITE GAMING GROUP I, LLC D/B/A MERMAIDS CASINO, A NEVADA LIMITED LIABILITY COMPANY; AND GRANITE GAMING GROUP III, LLC, A NEVADA LIMITED LIABILITY COMPANY, Real Parties in Interest. | No. 63976 **FILED** MAY 0 8 2015 TRACIE K. LINDEMAN CLERK OF SUPREME COURT BY _____ DEPUTY CLERK  |

### ORDER DISMISSING PETITION AND VACATING ORAL ARGUMENT

Pursuant to the stipulation of the parties and cause appearing, this original petition for a writ of prohibition is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). The oral argument of this matter, currently scheduled for May 12, 2015, at 2:00 p.m. in Las Vegas, is therefore vacated.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-14249

cc: Hon. Elizabeth Goff Gonzalez, District Judge
Jolley Urga Wirth Woodbury & Little
Jimmerson Hansen
Lovato Law
Eighth District Court Clerk